James Graham, Appellant, v. Philadelphia.

Argued March 25, 1898. Appeal, No. 29, Jan. T., 1898, by plaintiff, from judgment of C. P. No. 4, Phila. Co., June T., 1897, No. 70, on verdict for defendant. Before STERRETT, C. J., WILLIAMS, McCOLLUM, DEAN and FELL, JJ. Affirmed.

*Louis Brégy*, with him *H. Homer Dalbey*, for appellant.

*E. Spencer Miller*, assistant city solicitor, with him *John L. Kinsey*, city solicitor, for appellee.

OPINION BY MR. JUSTICE FELL, July 21, 1898:

This case was argued with Mills v. The City of Philadelphia, ante, p. 287, and involves the same questions. For the reasons stated in the opinion filed in that case the judgment in this case is affirmed.